Laymon *v.* Herwick et al., Appellants.

Argued April 20, 1936. Be-
fore KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD,
PARKER, JAMES and RHODES, JJ.

86

*D. W. McDonald, Jr.,* with him *M. B. McDonald,* of *McDonald, Cray & McDonald,* for appellants.

*W. Brown Higbee,* of *Higbee, Matthews & Lewellyn,* with him *C. W. Martin,* for appellee.

PER CURIAM, April 27, 1936:
The judgment is affirmed on the opinion of President Judge HUDSON of the court below.